UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE JACKSON, | No. 2:24-cv-1513 CSK P |
| Plaintiff, | |
| v. | ORDER |
| GARCIA, | |
| Defendant. | |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff is provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a jail official, and the form must be accompanied by a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of this action.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

In addition, plaintiff did not sign his complaint form.[2] Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). The court is unable to consider plaintiff's complaint unless he signs and re-files it. Therefore, plaintiff is provided an opportunity to re-file his complaint bearing his signature. Failure to comply with this order will result in an order striking the unsigned complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;

2. Within thirty days from the date of this order, plaintiff shall file a complaint that bears his signature; failure to comply with this order will result in an order striking the unsigned complaint; and

3. The Clerk of the Court is directed to send plaintiff a new application to proceed in forma pauperis by a prisoner, as well as the civil rights complaint form by a prisoner.

Dated: June 3, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/jack1513.3a

---

[2] In addition, the complaint was filed on an Office of Inspector General complaint form. Plaintiff is encouraged to re-file his signed complaint on the civil rights complaint form used by this court.

2